UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re
Andre L. Williams, Sr.

Case No.

Debtor(s).

09-20167-D-13L
MASTER ADDRESS LIST
DEBTOR: ANDRE WILLIAMS
JUDGE: HON. R. BARDWIL

FILED 1/7/09 - 10:09 AM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION    dhes

2009-20167

674CMX

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[~~X~~]  on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of ~~___~~ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

OR

X  typed in scannable format on paper, consisting of **2** pages and listing a total of ____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

OR

[ ]  electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: January 7, 2009

_____
Debtor's Signature

EDC 2-100 (Rev. 10/2007)

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Albert G. Bahneman
The Albert G. Bahneman Trust
235 Cascade Street
Woodland, CA 95695

Sierra Nevada Reconveyance, Inc.
2414 Tulare St.
Fresno, CA 93721