IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANDRE L. WILLIAMS SR. | § | CASE NO. 09-20167--13 |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE ROBERT S. BARDWIL |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Litton Loan Servicing, LP**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.
_____

Joe M. Lozano, Jr.

F# 5151-N-4286
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Litton Loan Servicing, LP

# CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before January 16, 2009:

**Debtors' Attorney**
Andre L. Williams Sr.
Debtor Pro Se
1817 Elston Cir
Woodland, CA 95776

**Chapter 13 Trustee**
Lawrence J. Loheit
Post Office Box 1858
Sacramento, California 95812-1858

**U.S. Trustee**
Office of the US Trustee
650 Capitol Mall, Room 6556
Sacramento, California 95814-4706

                                                      /s/ Joe M. Lozano, Jr.

                                                      Joe M. Lozano, Jr.

5151-N-4286
noaelect